# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADRIAN SWANSON, JR.,
      Appellant,
   vs.
THE STATE OF NEVADA,
      Respondent.

No. 82164

**FILED**

DEC 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
   DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on September 17, 2018. Appellant did not file the notice of appeal, however, until November 25, 2020, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

            _____, J.
            Parraguirre

_____, J.
Hardesty

          _____, J.
          Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-45435

cc: Hon. Michelle Leavitt, District Judge
Adrian Swanson, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk